UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



CHRISTINE PARMELEE,

        Plaintiff,

     v.

CONVERGENT OUTSOURCING, INC.,

        Defendant.

**ORDER**
17-CV-6039

Plaintiff Christine Parmelee (hereinafter "plaintiff") brings the instant action pursuant to the Fair Debt Collection Practices Act, alleging that the defendant violated the act by seeking collection of a legally unenforceable debt. See Complaint (Docket # 1). Presently before the Court are plaintiff's motion to strike several of defendant's affirmative defenses pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and defendant's motion to stay proceedings pending certification of a nationwide class in the District of Colorado. See Dockets ## 15, 19. On June 23, 2017, a hearing was held and arguments were heard from counsel on the motions. At the conclusion of the hearing, the Court stated its ruling on the record. For the reasons set forth on the record, it is hereby

**ORDERED** that plaintiff's motion to strike defendant's second third, fourth, fifth, sixth, and ninth affirmative defenses (Docket # 19) is **granted** without prejudice. Defendant may submit

an amended answer within **fourteen days** of this Order. It is further

**ORDERED** that defendant's motion to stay the proceedings pending certification of a nationwide class (Docket # 15) is **granted** in the interests of judicial economy and efficiency. The parties are directed to submit a status report to the Court within **thirty days** of a decision on the pending motion for preliminary class certification in the District of Colorado.

**SO ORDERED.**

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated: June 29, 2017
Rochester, New York